UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14007-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

WAYDE ANDREW COLLINS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on March 5, 2012. A Report and Recommendation was filed on March 8, 2012, (D.E.#32), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the Information which charges the Defendant with knowingly and intentionally importing into the United States, from a place outside thereof, a controlled substance, that is, at least five kilograms of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 952(a) and 960 (b)(1), and Title 18, United States Code, Section 2 (aiding and abetting).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4 day of April, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office